## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ELIZABETH PIPE, INDIVIDUALLY AND AS ADMINISTRATRIX FOR THE ESTATE OF JASON PIPE, | : | No. 459 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WILLIAM C. SHEPHERD, M.D., CARSON THOMPSON, M.D., ROBERT PACKER HOSPITAL, CORNING HOSPITAL T/D/B/A GUTHRIE CORNING DEVELOPMENT HOSPITAL, INC. GUTHRIE CLINIC LTD T/D/B/A GUTHRIE CLINIC, A PROFESSIONAL CORPORATION T/D/B/A GUTHRIE CLINICS GROUP PRACTICE PARTNERSHIP, LLP, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.